UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HICA EDUCATION LOAN CORPORATION,

    Plaintiff,

-vs-                                                  Case No. 5:11-cv-154-Oc-10DAB

BAMBI BURNETTE a/k/a BAMBI BURNETTE BALA,

    Defendant.
_____/

## O R D E R

This case is before the Court for consideration of the Plaintiff's Motion for Award of Attorneys' Fees (Doc. 11). The Defendant has not responded to the motion and the time for responding has expired.

On June 9, 2011, the Court granted the Plaintiff's motion for default judgment on its claims for default on two promissory notes, and judgment was entered in favor of the Plaintiff that day (Docs. 9-10). The promissory notes provide for the award of reasonable attorneys' fees "for the collection of any amount not paid when due." (Doc. 1, Exs. A, B). The promissory notes are also governed by 42 U.S.C. § 294 and 42 C.F.R. Part 60, which provide for the recovery of collection costs, including attorneys' fees. See 42 C.F.R. § 60.15(b). Therefore, the Court finds that the Plaintiff is entitled to the recovery of reasonable attorneys' fees and costs in this case.

The Plaintiff seeks attorney's fees in the amount of $ 1,262.50, representing 5.05 hours of attorney work at $250.00 per hour. The Plaintiff further seeks costs in the amount of $408.07 for postage and process server fees.[1] The Plaintiff has attached affidavits from two attorneys and invoices establishing the existence and reasonableness of these costs. The Court therefore finds that the requested attorney's fees and costs are reasonable and appropriate and due to be awarded to the Plaintiff.

Accordingly, upon due consideration, it is hereby ORDERED that the Plaintiff's Motion for Award of Attorneys' Fees (Doc. 11) is GRANTED, and the Clerk is directed to enter judgment in favor of Plaintiff HICA Education Loan Corporation's and against Defendant Bambi Burnette a/k/a Bambi Burnette Bala in the amount of $1,670.57 for attorneys' fees and costs.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 19th day of July, 2011.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
             Maurya McSheehy

---

[1] The Court previously awarded costs in the amount of $350.00 for the filing of the Complaint (Doc. 9).